IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORDIA D. TINDAL, | No. C -13-01684 EDL |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S APRIL 26, 2013 FILING** |
| v. | |
| ACCOUNTS RECEIVABLE EAGAN ACCOUNTING SERVICES, | |
| Defendant. | |

Plaintiff filed this action on April 12, 2013, and also filed an Application to Proceed In Forma Pauperis on the same day. On April 24, 2013, Plaintiff filed a Consent to Proceed Before a United States Magistrate Judge. On April 26, 2013, Plaintiff re-filed her Consent to Proceed Before a United States Magistrate Judge with the following handwritten note: "4-25-13. Please be informed that I want to change from consent to proceed before a United States Magistrate Judge to United States District Court Judge of Northern District of California." The April 26, 2013 filing was not efiled by the Clerk's Office until after the Court efiled its Order Granting Plaintiff's Application to Proceed In Forma Pauperis and Dismissing the Complaint with Leave to Amend on April 29, 2013.

It appears that Plaintiff is seeking to withdraw her consent to proceed before a United States Magistrate Judge. Withdrawal of consent in civil cases is only permitted in extraordinary circumstances. See 28 U,S.C. § 636(c)(4); Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993) ("Once a civil case is referred to a magistrate judge under section 636(c), the reference can be withdrawn by the court only 'for good cause shown on its own motion, or under extraordinary circumstances shown by any party.'"). "There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge." Dixon, 990 F.2d at 480. As of yet, Plaintiff has not pointed to any extraordinary circumstances to justify withdrawal of consent.

If Plaintiff believes that there are extraordinary circumstances warranting withdrawal of consent at this time, Plaintiff may file a brief of no more than three pages setting out those extraordinary circumstances no later than May 14, 2013, and the Court will rule on the brief without a hearing.

IT IS SO ORDERED.

Dated: April 30, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge